UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR HENDRIX CAUSEY,<br><br>    Petitioner,<br><br>    v.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>    Respondent. | Case No. 20-cv-06630-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: 5/20/2021

                                            _____
                                            JUDGE YVONNE GONZALEZ ROGERS
                                            United States District Judge